# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| RAYFORD STEVENS, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:14-cv-178 |
| v. | * |
| UNITED STATES OF AMERICA; DR. PETER LIBERO; PA B. AREMU; and MRS. MOON, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation dated February 10, 2017, dkt. no. 61, to which Plaintiff filed Objections, dkt. no. 65. Plaintiff's Objections are little more than an iteration of assertions he has made on previous occasions, including in his Response to Defendants' Motion to Dismiss. Dkt. No. 42.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **GRANTS** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint, and **DISMISSES as moot** Defendants' Motion for Summary Judgment. The

Court also **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___28___ day of ___March___, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)